A09A0339. E. I. DuPONT DE NEMOURS & COMPANY v. WATERS et al.

(699 SE2d 880)

MCMURRAY, Senior Appellate Judge.

In *E. I. DuPont de Nemours & Co. v. Waters*, 287 Ga. 235 (695 SE2d 265) (2010), the Supreme Court of Georgia affirmed in part and reversed in part our prior decision in this case. See *E. I. Dupont de Nemours & Co. v. Waters*, 298 Ga. App. 843 (681 SE2d 651) (2009). Accordingly, our prior judgment is vacated, the judgment of the Supreme Court is made the judgment of this Court, the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings.

*Judgment reversed and case remanded. Smith, P. J., and Phipps, P. J., concur.*

DECIDED AUGUST 13, 2010.

*Ellis, Painter, Ratterree & Adams, Paul W. Painter, Jr., Sarah B. Akins*, for appellant.
*Osteen & Osteen, Christopher J. Osteen, Stephen A. Sael, Jeffery L. Arnold, Richard H. Middleton, Jr., H. Craig Stafford, Alvin G. Wells, Jr.*, for appellees.